AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

TAMI SKROVIG, as Personal Representative Estate of Thomas Jeffrey Skrovig

Plaintiff

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

Defendant.

**PLAINTIFF'S EXHIBIT LIST**

CASE NUMBER: 10-4022

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Jeffrey L. Viken | Edwin E. Evans | Thomas Sattler |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| April 23, 2012 – May 4, 2012 | | |

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | | | | Tourist Map of South Dakota |
| 2 | | | | Official South Dakota Rail Map |
| 3 | | | | Aerial Map of Taopi Township |
| 4 | | | | Aerial Map of 465th Ave and 249 St, Minnehaha County |
| 5 | | | | Aerial Map of 465th Ave, Minnehaha County |
| 6 | | | | BNSF Maintenance of Way Operating Rules (Revised 5/3/2007) |
| 7 | | | | BNSF Maintenance of Way Operating Rule 6.50.2 |
| 8 | | | | BNSF Engineering Instructions, Ch. 14 (Roadway Equipment) |
| 9 | | | | BNSF Engineering Instructions 14.4.1 |
| 10 | | | | BNSF Employee Transcript of Dwight R. Wise (redacted) |
| 11 | | | | Minnehaha County Sheriff's Office file (including photographs) (redacted) |
| 12 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 13 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 14 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 15 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 16 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | TAMI SKROVIG V. BNSF RAILWAY COMPANY | | CASE NO. 10-4022 |
| 17 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 18 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 19 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 20 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 21 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 22 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 23 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 24 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 25 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 26 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 27 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 28 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 29 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 30 | | | | Photograph of Toyota Tundra taken by Tami Skrovig |
| 31 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 32 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 33 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 34 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 35 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 36 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 37 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 38 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 39 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 40 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 41 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 42 | | | | Photograph of Toyota Tundra taken by Don Marty |

**PLAINTIFF'S EXHIBIT LIST – CONTINUATION**

| TAMI SKROVIG V. BNSF RAILWAY COMPANY | | | | CASE NO. 10-4022 |
|---|---|---|---|---|
| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 43 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 44 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 45 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 46 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 47 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 48 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 49 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 50 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 51 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 52 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 53 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 54 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 55 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 56 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 57 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 58 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 59 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 60 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 61 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 62 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 63 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 64 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 65 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 66 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 67 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 68 | | | | Photograph of Toyota Tundra taken by Don Marty |

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | TAMI SKROVIG V. BNSF RAILWAY COMPANY — CASE NO. 10-4022 |
| 69 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 70 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 71 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 72 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 73 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 74 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 75 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 76 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 77 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 78 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 79 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 80 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 81 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 82 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 83 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 84 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 85 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 86 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 87 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 88 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 89 | | | | Photograph of Toyota Tundra taken by Don Marty |
| 90 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 91 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 92 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 93 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 94 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | TAMI SKROVIG V. BNSF RAILWAY COMPANY | | CASE NO. 10-4022 |
| 95 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 96 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 97 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 98 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 99 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 100 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 101 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 102 | | | | Photograph of accident scene taken by Tom Neeser (8/23/07) |
| 103 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 104 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 105 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 106 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 107 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 108 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 109 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 110 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 111 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 112 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 113 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 114 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 115 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 116 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 117 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 118 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 119 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 120 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |

## PLAINTIFF'S EXHIBIT LIST – CONTINUATION

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | TAMI SKROVIG V. BNSF RAILWAY COMPANY — CASE NO. 10-4022 |
| 121 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 122 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 123 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 124 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 125 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 126 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 127 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 128 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 129 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 130 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 131 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 132 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 133 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 134 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 135 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 136 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 137 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 138 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 139 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 140 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 141 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 142 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 143 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 144 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 145 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 146 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |

# PLAINTIFF'S EXHIBIT LIST – CONTINUATION

| TAMI SKROVIG V. BNSF RAILWAY COMPANY | | | | CASE NO. 10-4022 |
|---|---|---|---|---|
| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 147 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 148 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 149 | | | | Photograph of accident scene taken by Nick Seiter (8/21/07) |
| 150 | | | | U.S. D.O.T. Crossing Inventory Information sheet |
| 151 | | | | Form A Bulletin Restrictions on Madison Subdivision |
| 152 | | | | Correspondence from Gil Strickin to Tami Skrovig (10/29/07) |
| 153 | | | | Correspondence from Gil Strickin to Mike and Renae Jensen (10/29/07) |
| 154 | | | | Correspondence from Gil Strickin to Brian Skrovig (10/29/07) |
| 155 | | | | Correspondence from Nick Seiter to Tami Skrovig (8/31/07) |
| 156 | | | | Burlington Northern Santa Fe Report of Inspection |
| 157 | | | | Ballast Regulator 46-2 Dimensional Chart |
| 158 | | | | Ballast Regulator 46-2 Dimensional Chart |
| 159 | | | | Twin Cities Job Brief Form |
| 160 | | | | Engineering Hy-Rail Safety Checklist |
| 161 | | | | Track Authority Form – MW (8/21/07) |
| 162 | | | | Kershaw Operation & Maintenance Manual – Ballast Regulator Model 46-2-4 |
| 163 | | | | BNSF Roadway Equipment Maintenance Specifications |
| 164 | | | | Handwritten note/drawing by Nick Seiter (8/21/07) |
| 165 | | | | Handwritten note/drawing by Nick Seiter (8/21/07) |
| 166 | | | | Handwritten note/drawing by Nick Seiter (8/21/07) |
| 167 | | | | Handwritten note/drawing by Nick Seiter (8/21/07) |
| 168 | | | | South Dakota Driver's License Manual |
| 169 | | | | VINguard Vehicle Identification (redacted) |
| 170 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 171 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |

# PLAINTIFF'S EXHIBIT LIST – CONTINUATION

| | TAMI SKROVIG V. BNSF RAILWAY COMPANY | | | CASE NO. 10-4022 |
|---|---|---|---|---|
| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 172 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 173 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 174 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 175 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 176 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 177 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 178 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 179 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 180 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 181 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 182 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 183 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 184 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 185 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 186 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 187 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 188 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 189 | | | | BNSF Claims Department photograph log w/notes by Nick Seiter |
| 190 | | | | Dimensional chart of BNSF locomotive |
| 191 | | | | Dimensional chart of BNSF locomotive |
| 192 | | | | Dimensional chart of BNSF locomotive |
| 193 | | | | Dimensional chart of BNSF locomotive |
| 194 | | | | Dimensional chart of BNSF locomotive |
| 195 | | | | Dimensional chart of BNSF locomotive |
| 196 | | | | Dimensional chart of BNSF locomotive |
| 197 | | | | Dimensional chart of BNSF locomotive |

## PLAINTIFF'S EXHIBIT LIST – CONTINUATION

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | TAMI SKROVIG V. BNSF RAILWAY COMPANY | | CASE NO. 10-4022 |
| 198 | | | | Dimensional chart of BNSF locomotive |
| 199 | | | | Dimensional chart of BNSF locomotive |
| 200 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 201 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 202 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 203 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 204 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 205 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 206 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 207 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 208 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 209 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 210 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 211 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 212 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 213 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 214 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 215 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 216 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 217 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 218 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 219 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 220 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 221 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 222 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 223 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |

**PLAINTIFF'S EXHIBIT LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | TAMI SKROVIG V. BNSF RAILWAY COMPANY | | CASE NO. 10-4022 |
| 224 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 225 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 226 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 227 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 228 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 229 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 230 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 231 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 232 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 233 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 234 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 235 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 236 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 237 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 238 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 239 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 240 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 241 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 242 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 243 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 244 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 245 | | | | Photograph of ballast regulator taken by David Noyce (4/27/10) |
| 246 | | | | Handwritten note by Tami Skrovig (redacted) |
| 247 | | | | Handwritten note by Tami Skrovig |
| 248 | | | | Curriculum Vitae of David Noyce |
| 249 | | | | Curriculum Vitae of Mark Lee Edwards |

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | TAMI SKROVIG V. BNSF RAILWAY COMPANY | CASE NO. 10-4022 |
| 250 | | | | Curriculum Vitae of Ralph Brown |
| 251 | | | | Thomas Skrovig funeral and burial expenses |
| 252 | | | | Thomas Skrovig funeral and burial expenses |
| 253 | | | | Thomas Skrovig funeral and burial expenses |
| 254 | | | | Thomas Skrovig funeral and burial expenses |
| 255 | | | | Thomas Skrovig funeral and burial expenses |
| 256 | | | | Toyota Tundra towing expenses |
| 257 | | | | Thomas Skrovig ambulance expenses |
| 258 | | | | Photograph of Thomas Skrovig |
| 259 | | | | Photograph of Thomas Skrovig |
| 260 | | | | Photograph of Thomas Skrovig |
| 261 | | | | Photograph of Thomas Skrovig |
| 262 | | | | Photograph of Thomas Skrovig |
| 263 | | | | Photograph of Thomas Skrovig |
| 264 | | | | Photograph of Thomas Skrovig |
| 265 | | | | Photograph of Thomas Skrovig |
| 266 | | | | Photograph of Thomas Skrovig |
| 267 | | | | Photograph of Thomas Skrovig |
| 268 | | | | Photograph of Thomas Skrovig |
| 269 | | | | Photograph of Thomas Skrovig |
| 270 | | | | Photograph of Thomas Skrovig |
| 271 | | | | Photograph of Thomas Skrovig |
| 272 | | | | Photograph of Thomas Skrovig |
| 273 | | | | Photograph of Thomas Skrovig |
| 274 | | | | Photograph of Thomas Skrovig |
| 275 | | | | Photograph of Thomas Skrovig |

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | TAMI SKROVIG V. BNSF RAILWAY COMPANY — CASE NO. 10-4022 |
| 276 | | | | Photograph of Thomas Skrovig |
| 277 | | | | Photograph of Thomas Skrovig |
| 278 | | | | Letter from Thomas Skrovig to Renae Jensen |
| 279 | | | | Photograph of Colton softball field scoreboard and Skrovig family |
| 280 | | | | Photograph of "Tom Skrovig Day" plaque |
| 281 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 282 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 283 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 284 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 285 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 286 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 287 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 288 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 289 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 290 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 291 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 292 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 293 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 294 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | TAMI SKROVIG V. BNSF RAILWAY COMPANY | | CASE NO. 10-4022 |
| 295 | | | | Photograph of building/home built by Thomas Skrovig and Skrovig Construction |
| 296 | | | | Weather Underground report for Sioux Falls, SD (8/20/07) |
| 297 | | | | Weather Underground report for Sioux Falls, SD (8/21/07) |
| 298 | | | | Meteorological records from the National Oceanic and Atmospheric Administration for Sioux Falls, SD (8/20/07) |
| 299 | | | | Meteorological records from the National Oceanic and Atmospheric Administration for Sioux Falls, SD (8/21/07) |
| 300 | | | | Certificate of Death for Thomas Skrovig |
| 301 | | | | Investigation Notice Letter |
| 302 | | | | Correspondence from Rico Walker to Dwight Wise (8/27/07) |
| 303 | | | | Correspondence from Rico Walker to Dwight Wise (signed by Dwight Wise and Tom Neeser) (8/31/07) |
| 304 | | | | Correspondence from Rico Walker to Dwight Wise (8/31/07) |
| 305 | | | | Photograph of crossings and 465th Ave taken by Lisa Sorum |
| 306 | | | | Map of railroad crossing at 465th Ave by David Noyce (9/21/07) |
| 307 | | | | Map of railroad crossing at 465th Ave by David Noyce (9/21/07) |
| 308 | | | | Map of railroad crossing at 465th Ave by David Noyce (9/21/07) |
| 309 | | | | Progress Note for Thomas Skrovig from Dr. Brian C. Aamlid (8/16/07) |
| 310 | | | | BNSF Engineering Instructions, Ch. 1 (Safety) |
| 311 | | | | Summary of calculations by Ralph Brown |

**Plaintiff reserves the right to offer additional exhibits disclosed during discovery as needed or for impeachment purposes.**

**Plaintiff reserves the right to offer any exhibit identified by Defendant and to present additional exhibits in rebuttal of evidence presented by Defendant.**

| PLF. NO. | DEF. NO. | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | TAMI SKROVIG V. BNSF RAILWAY COMPANY — CASE NO. 10-4022 |

Dated at Sioux Falls, South Dakota, this 20th day of April, 2012.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

*/s/ Shane E. Eden*

Edwin E. Evans
Shane E. Eden
206 West 14th
P. O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
   Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Tami Skrovig, as Personal Representative of the Estate of Thomas Jeffrey Skrovig, deceased, hereby certifies on this 20th day of April, 2012, I caused the following document:

♦ **Plaintiff's Exhibit List**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

    Thomas C. Sattler
    WOLFE, SNOWDEN, HURD, LUERS & AHL, LLP
    Wells Fargo Center
    1248 "O" Street, Suite 800
    Lincoln, NE 68508-1424
    ***Attorneys for Defendant***

Dated this 20th day of April, 2012.

*/s/ Shane E. Eden*
Shane E. Eden